# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-14354 |
| STEPHEN BRAD CARTER, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Hon. Timothy A. Barnes |
| _____ ) | |
| ) | |
| DAVID P. LEIBOWITZ, not individually but ) | |
| as Trustee for the Estate of Stephen Brad ) | |
| Carter, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Adv. No. 16-00096 |
| STEPHEN BRAD CARTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**Trustee's Certificate Pursuant to Local Rule 2015-1**

Trustee, David P. Leibowitz, hereby certifies that this estate presently lacks any funds with which to pay requisite filing fees.  He therefore requests the clerk to defer payment of the same without order of the judge and enter the same on the docket.


                                             /s/ David P. Leibowitz
                                             David P. Leibowitz
                                             Trustee

Dated at Waukegan,
Illinois 02/18/2016
David P. Leibowitz
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085-4216
Attorney No. 1612271
847.249.9100